UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MONY Life Insurance Company, f/k/a The              Civil No. 07-1547 (RHK/JSM)
Mutual Life Insurance Company of New York,

          Plaintiff,                                **ORDER**

v.

Robert G. Ericson, Aimee l. O'Connor, a/k/a
Aimee Oconchuir, Kathleen L. Ericson, Susan E.
Mutschler,

          Defendants.

---

Pursuant to 28 U.S.C. § 1335(a), Plaintiff has filed an interpleader action and seeks to deposit the insurance policy proceeds, refunded premium and interest. Based upon the foregoing, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff is granted leave to deposit $50,727.21 with the Court; and

2. The Clerk of Court is directed to receive such funds.

Dated: March 20, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge

Dockets.Justia.com