# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MONY Life Insurance Company, f/k/a The Mutual Life Insurance Company of New York, | Civil No. 07-1547 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Robert G. Ericson, Aimee l. O'Connor, a/k/a Aimee Oconchuir, Kathleen L. Ericson, Susan E. Mutschler, | |
| Defendants. | |

---

Pursuant to 28 U.S.C. § 1335(a), Plaintiff has filed an interpleader action and seeks to deposit the insurance policy proceeds, refunded premium and interest. Based upon the foregoing, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff is granted leave to deposit $50,727.21 with the Court; and

2. The Clerk of Court is directed to receive such funds.

Dated: March 20, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge