# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

MONY Life Insurance Company,                    Civil No. 07-1547 (RHK/JSM)
f/k/a The Mutual Life Insurance
Company of New York,                           **ORDER**

           Plaintiff,

v.

Robert G. Ericson, Aimee L. O'Connor,
(a/k/a Aimee OConchuir), Kathleen L.
Ericson, and Susan E. Mutschler,

           Defendants.

_____

     Based on the Stipulation of the parties (Doc. No. 63), it is **ORDERED** that:

     1.      The claims of Plaintiff MONY Life Insurance Company, f/k/a The Mutual Life Insurance Company of New York, are **DISMISSED WITH PREJUDICE** and on the merits;

     2.      The counterclaims of Defendant Robert G. Ericson are **DISMISSED WITH PREJUDICE** and on the merits;

     3.      Plaintiff MONY Life Insurance Company, f/k/a The Mutual Life Insurance Company of New York, is dismissed without an award of costs, disbursements or attorneys' fees.

Dated: December 11, 2007

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United Stated District Judge