## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

MONY Life Insurance Company, f/k/a
The Mutual Life Insurance Company of
New York,

Civil No. 07-1547 (RHK/JSM)

**ORDER**

          Plaintiff,

v.

Robert G. Ericson, Aimee L. O'Connor
(a/k/a Aimee O'Conchuir), Kathleen L.
Ericson, and Susan E. Mutschler,

          Defendants.

---

In accordance with this Court's Memorandum Opinion and Order dated

January 22 2008, the Clerk of this Court is **ORDERED** to issue its check in the

amount of $50,000.00 plus interest, payable to Robert G. Ericson, the Plaintiff

herein, and Robert J. Lange, his attorney, and mail the same to Mr. Lange at his

office address at Lange Law Firm, PA, 5270 West 84th Street, Suite 300,

Bloomington, MN  55437.

Dated: February 26, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge